[No. 8,368.   Department One.—December 15, 1884.]

## JOHN J. BRADY, RESPONDENT, *v.* ROBERT C. PAGE ET AL., APPELLANTS.

JUDGMENT ROLL—APPOINTMENT OF GUARDIAN AD LITEM.—An order appointing a guardian *ad litem* for minor defendants constitutes no part of a judgment roll.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

Action to foreclose a street assessment lien.

The facts appear in the opinion of the court.

*Jos. M. Nougues*, for Appellants.

*C. H. Parker*, for Respondent.

The COURT.—The order of December 21, 1877, purporting to appoint a guardian *ad litem* for the minor defendant, constitutes no part of the judgment roll. (*Emeric* v. *Alvarado*, 64 Cal. 529.)   As the judgment roll discloses no error, and the appeal is from the judgment on the roll alone, the judgment is affirmed.